In re:                                                          Case No. 15-02651-JJT
Serge Nostin                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge          Page 1 of 1          Date Rcvd: Oct 21, 2016
                             Form ID: pdf010         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
```
db            +Serge Nostin,    71 Spangenburg Avenue,    East Stroudsburg, PA 18301-2749
4661739      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982238,    El Paso, Texas 79998)
4676370       +Capital One, N.A.,    P.O. Box 21887,    Eagan, MN 55121-0887
4661740       +Capital One, N.A.,    PO Box 21887,    Eagan, Minnesota 55121-0887
4661741       +Convergent,    PO Box 9004,    Renton, Washington 98057-9004
4661742       +Enhancrcvrco,    PO Box 57547,    Jacksonville, Florida 32241-7547
4666314       +MIDLAND CREDIT MANAGEMENT INC,    AS AGENT FOR MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN, MI 48090-2011
4661744       +STHRN MGMT,    625-C Herndon Ave.,    Orlando , Florida 32803-5187
4661743       +Sears/cbna,    PO Box 6282,    Sioux Falls, South Dakota 57117-6282
4661745      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Mtr,    90 Crystal Run Rd, Suite 310,
                Middletown, New York 10940)
4661746        Wells Fargo,    Credit Bureau Disp, PO Box 14517,    Des Moines, Iowa 50306
4713784       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4666171        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2016 19:12:03
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
4736388       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 21 2016 19:06:33     Capital One N.A.,
               c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                                     TOTAL: 2
```
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One N.A.,    c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John J. Martin   on behalf of Debtor Serge  Nostin jmartin@martin-law.net,
               kmartin@martin-law.net;mmundy@martin-law.net;jashley@martin-law.net;mmcleary@martin-law.net
              Joshua I Goldman   on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly D Martin   on behalf of Debtor Serge  Nostin kmartin@martin-law.net,
               jashley@martin-law.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

*In Re:*
SERGE NOSTIN        :   Case 5-15-02651
             :   Chapter 13
       *Debtor(s)*    :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER GRANTING MOTION TO DISMISS CASE

    Upon consideration of the foregoing Debtor's Motion to Dismiss Case and good cause

having been shown; it is

    **ORDERED,** that Debtor's Motion to Dismiss is hereby **GRANTED**.


    Dated: October 21, 2016



      **By the Court,**

      _____
      John J. Thomas, Bankruptcy Judge
           **(RPR)**